**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **MICHAEL MWAMBA,** | |
| **Plaintiffs,** | |
| **v.** | |
| **AVIS BUDGET GROUP, INC., AVIS BUDGET CAR RENTAL, LLC; and AB CAR RENTAL SERVICES, INC.,** | **Civil Action No. 1:26-cv-00599-PTG-WBP** |
| **Defendants.** | |

**DEFENDANTS' MOTION TO PARTIALLY DISMISS
PLAINTIFF'S COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Virginia, Defendants Avis Budget Group, Inc., Avis Budget Car Rental, LLC, and AB Car Rental Services, Inc., by and through undersigned counsel, move to dismiss Counts II, III, including III-A and III-B, IV, V, and VI of the Complaint filed by self-represented Plaintiff Michael Mwamba ("Plaintiff" or "Mr. Mwamba") for failure to state a claim for relief.

As an initial matter, Defendants move to dismiss Counts II, V, and VI of the Complaint. The purported Virginia Wage Payment Act ("VWPA") and Virginia Whistleblower Protection Law ("VWPL") claims presented in Counts II, V, and VI are preempted under the Federal Enclave Doctrine set forth in Article I, Section 8, Clause 17 of the U.S. Constitution, because the alleged conduct in the Complaint underlying these claims occurred entirely at Dulles (Compl. ¶¶ 5, 8-9, 12-13), land owned and under the exclusive jurisdiction of the United States. Under the Federal Enclave Doctrine, when "the United States acquires with the 'consent' of the state

1

legislature land within the borders of that State . . . the jurisdiction of the Federal Government becomes 'exclusive.'" *Paul v. United States*, 371 U.S. 245, 264 (1963).  While state laws in effect at the time of the transfer of jurisdiction continue in force on the federal enclave, "future statutes of the state are not a part of the body of laws in the ceded area." *Jaaat Tech. Servs., LLC v. Tetra Tech Tesoro, Inc.*, No. 3:15cv235, 2017 WL 4003026, at *4 (E.D. Va. Sep. 11, 2017) (quoting *James Stewart & Co. v. Sadrakula*, 309 U.S. 94,100 (1940)).  Here, the VWPL and the VWPA section prohibiting retaliation both went into effect in July 2020 (*see* Va. Code § 40.1-27.3 (2020) and Va. Code § 40.1-33.2 (2020)) and the VWPA section prohibiting certain wage withholdings went into effect in July 1962 (*see* Va. Code § 40.1-29(C) (1962)).   However, the United States has owned and had exclusive jurisdiction over the land on which Dulles is located since 1959.  As such, neither the VWPA nor the VWPL is applicable to conduct at Dulles and, accordingly, Counts II, V, and VI of the Complaint do not state a cause of action upon which relief may be granted and must be dismissed.

Moreover, even if the VWPA claim in Count VI were not preempted, no private right of action exists under Va. Code § 40.1-33.2.  In addition to the lack of a private right of action, Mr. Mwamba does not allege any facts in his Complaint that he engaged in any protected activity covered by the statute before his termination. *See* Va. Code § 40.1-33.2(A).  As such, Count VI of Mr. Mwamba's Complaint must be dismissed.

Mr. Mwamba's remaining claims of fraud in Counts III, III-A, III-B, and IV similarly falter, as he attempts to recast a routine wage dispute as fraud without satisfying Rule 9(b)'s heightened pleading standard or alleging a plausible theory of reasonable reliance.  Accordingly, Mr. Mwamba's fraud claims must be dismissed.

WHEREFORE, for these reasons, and as analyzed further in its accompanying Memorandum

of Points and Authorities, Defendants Avis Budget Group, Inc., Avis Budget Car Rental, LLC, and AB Car Rental Services, Inc. respectfully request that the Court enter an Order granting this Motion, dismissing Counts II, III, including III-A and III-B, IV, V, and VI of Plaintiff's Complaint with prejudice, and awarding Defendants Avis Budget Group, Inc., Avis Budget Car Rental, LLC, and AB Car Rental Services, Inc. such other relief as the Court deems just and proper.

Dated: June 1, 2026

Respectfully submitted,

*/s/ Katherine A. Goetzl*
Katherine A. Goetzl (VSB No. 41475)
kgoetzl@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, Suite 400
Washington, D.C.  20006
Telephone:   703.286.3145
Facsimile:    202.318.8949

Ashley D.N. Jones (VSB No. 94347)
adjones@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA  22102
Telephone:   703.286.3104
Facsimile:    703.852.7169

*Attorneys for Defendants*
*Avis Budget Group, Inc., Avis Budget Car*
*Rental, LLC, and AB Car Rental Services, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of June 2026, I electronically filed the foregoing with

the Clerk of Court using the Court's CM/ECF system, which will serve a copy of the foregoing

upon the following:

Michael Mwamba
13720 Atlantis Street, Apt. 558
Herndon, VA 20171
301-408-8410
michaelmwamba@me.com

*Plaintiff pro se*

<u>/s/ Katherine A. Goetzl</u>
Katherine A. Goetzl

4