**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MICHAEL MWAMBA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AVIS BUDGET GROUP, INC., AVIS BUDGET CAR RENTAL, LLC, and AB CAR RENTAL SERVICES, INC.**<br><br>**Defendants.** | **Civil Action No. 1:26-cv-00599-PTG-WBP** |

**DEFENDANT AB CAR RENTAL SERVICES, INC.'S**
**LOCAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant AB Car Rental Services, Inc. in the above-captioned action, certifies that:

1. Defendant AB Car Rental Services, Inc. is an indirectly wholly owned subsidiary of Avis Budget Car Rental, LLC, a Delaware limited liability company whose sole member is Avis Budget Holdings, LLC, a Delaware limited liability company. The sole member of Avis Budget Holdings, LLC is Cendant Finance Holding Company, LLC, a Delaware limited liability company. The sole member of Cendant Finance Holding Company, LLC is Avis Budget Group, Inc.

2. Avis Budget Group, Inc. is a publicly traded company, which has no parent company.

3. No other publicly held corporation has any interest greater than 10% in Defendant AB Car Rental Services, Inc.

Dated: June 1, 2026

Respectfully submitted,

*/s/ Katherine A. Goetzl*

Katherine A. Goetzl (VSB No. 41475)
kgoetzl@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Avenue
Suite 400
Washington, D.C. 20006
Telephone: 703.286.3145
Facsimile: 202.318.8949

Ashley D.N. Jones (VSB No. 94347)
ADJones@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
Telephone: 703.286.3104
Facsimile: 703.852.7169

*Attorneys for Defendants*
*Avis Budget Group, Inc., Avis Budget Car Rental, LLC, and AB Car Rental Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will serve a copy of the foregoing upon the following:

Michael Mwamba
13720 Atlantis Street, Apt. 558
Herndon, VA 20171
301-408-8410
michaelmwamba@me.com

*Plaintiff pro se*

*/s/ Katherine A. Goetzl*
Katherine A. Goetzl