**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MICHAEL MWAMBA,                    )
                                   )
          *Plaintiff,*             )
                                   )
   v.                              )     Case No. 1:26-cv-599 (PTG/WBP)
                                   )
AVIS BUDGET GROUP, INC., *et al.,* )
                                   )
          *Defendants.*            )
                                   )
                                   )
                                   )
                                   )

## ORDER

This matter comes before the Court on Defendants' Motion to Dismiss ("Motion"). Dkt. 21. The Motion is set for hearing on July 9, 2026. On June 22, 2026, Plaintiff filed an amended complaint. Dkt. 29. The Motion is now moot. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion (Dkt. 21) is **DENIED** as moot; and it is further

**ORDERED** that the July 9, 2026 hearing is **TERMINATED**.

Entered this ___ day of July, 2026.
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge