## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| **MICHAEL MWAMBA,**<br><br>   **Plaintiff,**<br><br>   **v.**<br><br> **AVIS BUDGET GROUP, INC., AVIS BUDGET CAR RENTAL, LLC, and AB CAR RENTAL SERVICES, INC.,**<br><br>   **Defendants.** | **Civil Action No. 1:26-cv-00599-PTG-WBP** |

### [PROPOSED] ORDER

Upon consideration of the Motion to Partially Dismiss Plaintiff's First Amended Complaint (the "Motion") filed by Defendants Avis Budget Group, Inc., Avis Budget Car Rental, LLC, and AB Car Rental Services, Inc., any opposition thereto, any reply thereto, and the arguments presented by the parties at the hearing on the Motion, it is on this _____ day of _____, 2026, hereby

ORDERED that the Motion is **GRANTED.** Accordingly, it is further

ORDERED that Counts III, IV, V, and VI of Plaintiff's First Amended Complaint are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
The Honorable Patricia Tolliver Giles
United States District Judge