IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

|  |  |  |
|---|---|---|
| MICHAEL MWAMBA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-599 (PTG/WBP) |
| | ) | |
| AVIS BUDGET GROUP, INC., *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| | ) | |

## NOTICE

This matter comes before the Court on Defendants' Motion to Dismiss. Dkt. 31. Plaintiff Michael Mwamba is proceeding *pro se*.

Plaintiff is hereby **NOTIFIED** that an opposing party has filed a motion to dismiss that, if granted, could result in the dismissal of some or all of Plaintiff's claims.

Plaintiff is **ADVISED** that Plaintiff is entitled to file a response opposing the motion **within twenty-one (21) days** of the filing date of this Notice. *See Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975). Plaintiff is **FURTHER ADVISED** that the Court could dismiss some or all of Plaintiff's claims on the basis of the moving party's papers if Plaintiff does not file a response.

If Plaintiff submits a response, Defendants may file a reply **within six (6) days** after the service of Plaintiff's response. *See* E.D. Va. Loc. Civ. R. 7(F)(1). Thereafter, "[n]o further briefs or written communications may be filed without first obtaining leave of Court." *Id.*

The Clerk is **DIRECTED** to mail a copy of this Notice to Plaintiff, who is proceeding *pro se*.

Entered this ___ day of July, 2026
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge