**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **MICHAEL MWAMBA,**<br><br>　　　　**Plaintiff,**<br><br>　　**v.**<br><br>**AVIS BUDGET GROUP, INC., AVIS BUDGET CAR RENTAL, LLC, and AB CAR RENTAL SERVICES, INC.,**<br><br>　　　　**Defendants.** | **Civil Action No. 1:26-cv-00599-PTG-WBP** |

## <u>ORDER</u>

Now before the Court is Plaintiff Michael Mwamba's ("Plaintiff") Motion for Leave to File a Sur-Reply (ECF No. 37), which Plaintiff filed on July 24, 2026, along with Defendants Avis Budget Group, Inc.'s, Avis Budget Car Rental, LLC's, and AB Car Rental Services, Inc.'s (collectively, "Defendants") Opposition and any reply thereto.  The Court finds that Plaintiff has not demonstrated that Defendants' Reply raised any new legal arguments or introduced new evidence warranting the filing of a sur-reply. *Lismont v. Alexander Binzel Corp.*, No. 2:12-CV-592, 2014 WL 12527239, at *3 (E.D. Va. May 23, 2014).  Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to File a Sur-Reply is **DENIED**.

**IT IS SO ORDERED.**

Date: _____　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Patricia Tolliver Giles
　　　　　　　　　　　　　　　　　　United States District Judge