IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

MICHAEL MWAMBA,                          )
                                         )
                   *Plaintiff,*          )
                                         )
v.                                       )          Case No. 1:26-cv-599 (PTG/WBP)
                                         )
AVIS BUDGET GROUP, INC., *et al.,*       )
                                         )
                   *Defendants.*         )
                                         )
                                         )

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss.  Dkt. 31.  Plaintiff is

proceeding *pro se*.  A hearing for the Motion is scheduled for August 13, 2025 at 10:00 a.m.  The

Court has determined that oral argument will not aid its decisional process, and it will instead

resolve the Motion on the papers.  *See* Fed. R. Civ. P. 78(b); E.D. Va. Loc. Civ. R. 7(J).

Accordingly, it is hereby

   **ORDERED** that the August 13, 2026 hearing is **TERMINATED** and the Court will

resolve the Motion on the papers.

Entered this ___ day of August, 2026.
Alexandria, Virginia

                                        _____/s/
                                        Patricia Tolliver Giles
                                        United States District Judge