**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

FILED
09/04/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**MICHAEL MWAMBA,**
Plaintiff,

v.

**AVIS BUDGET GROUP, INC.,**
**AVIS BUDGET CAR RENTAL, LLC,**
and
**AB CAR RENTAL SERVICES, INC.,**
Defendants.

Case No: **1:26-cv-00599-PTG-WBP**

# NOTICE OF WAIVER OF ORAL ARGUMENT

Under Local Civil Rule 7(E), I waive oral argument on my Motion for Initial Pretrial Conference and Case Management Under Federal Rule of Civil Procedure 16. I believe the motion and this Court's own scheduling practice present the issue clearly enough for the Court to rule on the papers.

This waiver applies to a hearing on the motion itself. It does not waive the initial pretrial and scheduling conference I am asking the Court to set, and I will appear at that conference on whatever date the Court directs.

Respectfully submitted,

**Michael Mwamba**
*Plaintiff, pro se*

9600 Marathon Ter, Apt 102
N. Potomac, MD 20878
301-408-8410
michaelmwamba@me.com
**September 4, 2026**