**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MICHAEL MWAMBA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AVIS BUDGET GROUP, INC., AVIS BUDGET CAR RENTAL, LLC, and AB CAR RENTAL SERVICES, INC.,**<br><br>**Defendants.** | **Civil Action No. 1:26-cv-00599-PTG-WBP** |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL BY KATHERINE A. GOETZL**

Comes now, undersigned counsel for Defendants Avis Budget Group, Inc., Avis Budget Car Rental, LLC, and AB Car Rental Services, Inc., pursuant to Local Rule 83.1(H), states as follows:

1. The undersigned hereby requests leave of Court to withdraw as counsel of record for Defendants.

2. Defendants will continue to be represented in this matter by Ashley D. N. Jones of Littler Mendelson, P.C., who previously entered her appearance with this Court.

3. Withdrawal of the undersigned will not prejudice the parties or delay these proceedings.

WHEREFORE, I, Katherine A. Goetzl, respectfully request that this Court enter an Order permitting my withdrawal as a counsel of record for Defendants and removing my name from the docket.

Dated: November 10, 2026

Respectfully submitted,

*/s/ Katherine A. Goetzl*

Katherine A. Goetzl (VSB No. 41475)
kgoetzl@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, Suite 400
Washington, D.C. 20006
Telephone: 703.286.3145
Facsimile: 202.318.8949

Ashley D.N. Jones (VSB No. 94347)
adjones@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
Telephone: 703.286.3104
Facsimile: 703.852.7169

*Attorneys for Defendants*
*Avis Budget Group, Inc., Avis Budget Car Rental, LLC, and AB Car Rental Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 10th day of November 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will serve a copy of the foregoing upon the following:

Michael Mwamba
9600 Marathon Ter, Apt. 102
N. Potomac, MD 20878
301-408-8410
michaelmwamba@me.com

*Plaintiff pro se*

*/s/ Katherine A. Goetzl*
Katherine A. Goetzl