**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**MICHAEL MWAMBA,**

**Plaintiff,**

**v.**

**AVIS BUDGET GROUP, INC., AVIS BUDGET CAR RENTAL, LLC, and AB CAR RENTAL SERVICES, INC.,**

**Defendants.**

**Civil Action No. 1:26-cv-00599-PTG-WBP**

**ORDER**

Upon consideration of the Motion for Leave to Withdraw as Counsel by Katherine A. Goetzl, and for good cause shown, it is hereby

**ORDERED** that the appearance of Katherine A. Goetzl is withdrawn; and further

**ORDERED** that Ashley D. N. Jones of Littler Mendelson, P.C. will remain counsel of record for Defendants**.**

**IT IS SO ORDERED.**

Dated: __________________, 2026

___________________________________
Hon. Patricia Tolliver Giles
United States District Judge